| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe – State Bar No. 137019<br>Reem Bello – State Bar No. 198840<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan, Lobby D, Suite 210<br>Irvine, CA 92614<br>Telephone:  (949) 798-2460<br>Facsimile:   (949) 955-9437<br>rgoe@goeforlaw.com<br>rbello@goeforlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:*  Great Wall International LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>GREAT WALL INTERNATIONAL LLC,<br><br>        Debtor and Debtor in Possession.<br><br><br><br><br>                                        Debtor(s) | CASE NO.: 2:26-bk-15140-VZ<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):<br>GRANTING DEBTOR'S APPLICATION TO EMPLOY GOE FORSYTHE & HODGES LLP<br>AS GENERAL COUNSEL |
|---|---|

PLEASE TAKE NOTE that the order titled  Order Granting Debtor's Application to Employ Goe Forsythe & Hodges LLP as General Counsel

was lodged on (*date*)   06/16/2026    and is attached.  This order relates to the motion which is docket number 7   .

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 9021-1.2.BK.NOTICE.LODGMENT**

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, June 16, 2026

CONFIRMATION :

Your Lodged Order Info:

( **11350573.docx** )

A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Great Wall International LLC
- **Case Number**:  26-15140
- **Judge Initial**:  VZ
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  7
- **On Date**:  06/16/2026 @ 04:52 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

Robert P. Goe – State Bar No. 137019
Reem Bello – State Bar No. 198840
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Lobby D, Suite 210
Irvine, CA 92614
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437
rgoe@goeforlaw.com
rbello@goeforlaw.com

Chapter 11 Attorneys for Great Wall International LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

**GREAT WALL INTERNATIONAL LLC,**

Debtor and Debtor in Possession.

Case No. **2:26-bk-15140-VZ**

Chapter 11

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY GOE FORSYTHE & HODGES LLP, AS GENERAL BANKRUPTCY COUNSEL**

[Local Bankruptcy Rule 2014-1(b)]

[No hearing required, unless an objection is timely filed with the court and served upon the applicant]

The Court having considered Great Wall International LLC, Debtor and Debtor-in-Possession's (the "Debtor") Application to Employ Goe Forsythe & Hodges LLP ("GF&H"), as General Bankruptcy Counsel filed and served May 28, 2026, as Docket No. 7 ("Application"), notice of the Application being proper and good cause appearing,

/ / /

**IT IS ORDERED**:

1.    The Application is granted.

2.    The Debtor is hereby authorized to employ the Firm as its bankruptcy counsel, with compensation to be in accordance with the terms set forth in the Application from funds of Debtor's estate pursuant to Sections 330 and 331.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 17701 Cowan Avenue, Lobby D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____06/16/2026____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ____06/16/2026____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

 Great Wall International LLC
 Attention: May Kay
 704 Mira Monte Place, Suite 201
 Pasadena, CA 91101-2521

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____06/16/2026____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

 The Honorable Vincent Zurzolo (Via overnight Mail)
 United States Bankruptcy Court
 255 East Temple Street, Suite 1368
 Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/16/2026 | Janine Fountain | /s/ Janine Fountain |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT TO PROOF OF SERVICE OF DOCUMENT**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Robert P Goe**    rgoe@goeforlaw.com,
  kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David R Zaro**    dzaro@allenmatkins.com