## United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# <u>NOTICE OF DISMISSAL</u>

**DEBTOR INFORMATION:**
Great Wall International LLC
dba Pacific Stay Hotel

**BANKRUPTCY NO.**  2:26–bk–15140–VZ

**CHAPTER**  11

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  N/A
**Employer Tax–Identification (EIN) No(s).(if any):**  80–0841111
**Debtor Dismissal Date:** 7/21/26

**Address:**
Attention: May Kay
704 Mira Monte Place
Suite 201
Pasadena, CA 91101

You are notified that an order was entered **DISMISSING** the above–captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: July 21, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm–ndms Rev. 06/2017

**49 / SM2**